**Michael ALVARADO Petitioner–Appellant,**

v.

**R.Q. HICKMAN, Warden Respondent–Appellee.**

No. 00–56770.

United States Court of Appeals, Ninth Circuit.

Sept. 17, 2004.

Michael Alvarado, Lancaster, CA, pro se.

Tara K. Allen, Esq., Law Office of Tara K. Allen, Bigfork, MT, Beverly K. Falk, Esq., Deborah J. Chuang, AGCA—Office of the California Attorney General (La), Los Angeles, CA, for Respondent–Appellee.

Before: SCHROEDER, Chief Judge, CUDAHY,[†] and MCKEOWN, Circuit Judges.

## ORDER

Our opinion, issued on December 18, 2002, reversed the judgment of the district court in this case, *Alvarado v. Hickman,* 316 F.3d 841. A petition for writ of certiorari to the Supreme Court of the United States was filed on May 12, 2003, and granted as Case No. 02–1684, on September 30, 2003, *Yarborough v. Alvarado,* 539 U.S. 986, 124 S.Ct. 45, 156 L.Ed.2d 703.

[†] The Honorable Richard D. Cudahy, Senior United States Circuit Judge for the United States Court of Appeals for the Seventh Circuit, sitting by designation.

On June 1, 2004, the Supreme Court issued its opinion, *Yarborough v. Alvarado*, — U.S. ——, 124 S.Ct. 2140, 158 L.Ed.2d 938, reversing the judgment of this court. In accordance with the mandate of the Supreme Court, the judgment of the district court is hereby AFFIRMED.